**Order entered February 22, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00714-CV

### ROBERT L. WILSON, Appellant

### V.

### J. RANDLE HENDERSON, Appellee

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-15162**

## ORDER

Before the Court is appellant's February 20, 2019 motion for leave to file an amended brief. We **GRANT** the motion and **ORDER** appellant to file separately the amended brief attached to his motion **within ten days** of the date of this order.

/s/    ERIN A. NOWELL
        JUSTICE